IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00741-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.41.207.95,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed on July 26, 2013, pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) (ECF No. 14), it is

ORDERED that JOHN DOE, subscriber assigned IP address 67.41.207.95, is **DISMISSED WITHOUT PREJUDICE** and this case is terminated..

Dated:  July 26, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge